**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:14-cv-1760 (TSC) |
| DEPARTMENT OF STATE, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's Minute Order dated January 13, 2015.

On October 21, 2014, Plaintiff Jason Leopold filed a Complaint related to his request under the Freedom of Information Act ("FOIA"), and Defendant filed its Answer on December 12, 2014. Dkt. Nos. 1, 13. Plaintiff has agreed to limit the scope of his FOIA request as set forth in a letter between the parties dated January 23, 2015.

As set forth in the parties' December 29, 2014 Joint Status Report, the Defendant determined that the number of records potentially responsive to Plaintiff's FOIA request is voluminous. Dkt. No. 14. As such, the parties proposed, *see id.*, and the Court entered a production schedule requiring that:

> Defendant shall make its first production of documents to Plaintiff by February 27, 2015, and shall produce documents on a rolling basis thereafter. Defendant shall make these productions every four weeks. The productions will be based on a review of at least 700 pages of potentially responsive records per month by Defendant.

Minute Order, January 13, 2015. The Court also ordered that the parties submit a joint status report on April 1, 2015, and every sixty days thereafter during the production of documents. *See id*.

This is the parties' fourteenth joint status report submitted pursuant to the Court's January 13, 2015 Minute Order. Since the previous joint status report, Defendant has made two additional productions to Plaintiff on April 25, 2017 and May 23, 2017. These productions were based on reviews of 739 pages and 820 pages, respectively. Defendant has now made thirty total productions to Plaintiff, each of which met or exceeded the required review of 700 pages. Defendant is continuing to review and process records that are potentially responsive to Plaintiff's FOIA request.

Dated: June 12, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*<u>/s/ Michael Drezner</u>*
Michael Drezner
Trial Attorney (Virginia Bar No. 83836)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.: (202) 514-4505
Fax: (202) 616-8470
Email: Michael.L.Drezner@usdoj.gov
<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044
<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*

_/s/__________
RYAN S. JAMES
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX 76542
(254) 289-7459
RSJamesLaw@gmail.com

JEFFREY L. LIGHT
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@lawofficeofjeffreylight.com
*Counsel for Plaintiff*