**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

JASON LEOPOLD,                          )
                                        )
                      Plaintiff,        )
v.                                      )        Civil Action No.  1:14-cv-1760 (TSC)
                                        )
DEPARTMENT OF STATE,                    )
                                        )
                      Defendant.        )
_____)

## JOINT STATUS REPORT

The parties, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's Minute Order dated April 7, 2020.

On April 7, 2020, this Court granted Defendant U.S. Department of State's Unopposed Motion to Stay Production Schedule, in light of the difficulties created by the coronavirus pandemic.  In addition to staying Defendant's production deadlines, the Court ordered the parties to file a Joint Status Report by May 8, 2020, and every 30 days thereafter, advising the Court whether Retired Foreign Service Officers ("REAs") have been cleared to resume work and access the system used to process records in this case.

The Department of State submits the attached Declaration of Eric Stein, which provides detailed updates on the ongoing impact of the COVID-19 pandemic on State's FOIA processing capacities, and the current processing capabilities with respect to this case.

State's FOIA operations continue to be severely impacted by COVID-19 mitigation measures.  _See_ Stein Decl. ¶ 5.  As previously described, this case is processed on a system that is housed on the Department's classified network, which cannot be accessed remotely.  _Id._ ¶ 3. State entered Phase One of its reopening plan on June 15; however, that phase still requires

1

offices to maximize telework.  *Id.* ¶ 11.  Approximately ten percent of State's FOIA litigation resources are returning to the work site during phase one, although most of those employees are returning only on a part-time basis.  *Id.* ¶ 12.

The FOIA analyst originally assigned to this case is returning to the work-site part-time during phase one, as is one of the primary reviewers ("REAs").  *Id.* ¶ 20.  These employees will soon resume processing of documents, to the extent possible.  *Id.*  Because of the constraints on these employees on-site work schedules, the unavailability of other REAs to help process the documents, and the significant challenges associated with obtaining necessary internal/external clearances—particularly with respect to classified documents—during the COVID-19 pandemic, the Department will be unable to process documents at the previously ordered average rate of 700 pages per month.  *See id.* ¶¶ 20-22.

Accordingly, the parties have conferred and respectfully request that the Court enter the following production schedule.  The Department will make its next FOIA production in this case on or before August 18, and thereafter on the third Tuesday of each month.  The Department will not be required to process a set number of pagers per production cycle.  However, the parties will confer as to this issue and will file Joint Status Reports as to the status of the case every 45 days, with the next such Report to be filed on or before August 20, 2020.

Dated: July 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Michael Drezner*
Michael Drezner

Trial Attorney (Virginia Bar No. 83836)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 514-4505
Fax:     (202) 616-8470
Email:  Michael.L.Drezner@usdoj.gov

*Counsel for Defendant*

/s/ *Jeffrey L. Light*
JEFFREY L. LIGHT
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@lawofficeofjeffreylight.com

RYAN S. JAMES
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX 76542
(254) 289-7459
RSJamesLaw@gmail.com

*Counsel for Plaintiff*