UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) )  ) |
| Plaintiff, | ) ) |
| v. | )   Civil Action No. 1:14-cv-1760 (TSC) |
| DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

The parties, by undersigned counsel, respectfully submit this joint status report in order to update the Court as to the status of this case.

On July 6, 2020, the parties filed a joint status report and declaration from the Department of State, explaining that the Department's FOIA operations continue to be severely impacted by the ongoing COVID-19 pandemic. *See generally* Second Declaration of Eric Stein, ECF No. 58-1. Because some personnel originally assigned to this case had returned to the work site on a part-time basis, the parties conferred and agreed on rolling productions of responsive, non-exempt material on the third Tuesday of each month while COVID-19-related staffing constraints remain in place. The Department would not process a set number of pages per production cycle, but the parties will continue to confer and file Joint Status Reports every 45 days.

As previously reported, on December 21, 2020, the Department of State, in light of rising COVID-19 cases, regressed from "Phase Two" of the resumption of operations to "Phase One." The Department remains in Phase One, under which offices are required to maximize telework. Assigned staffing for this case is not currently affected by the change in status, although the

1

ability to process material and obtain necessary internal and external clearances may be further constrained by Government-wide staffing measures taken in response to the ongoing public health emergency. *See id.* at ¶ 17. While the CDC has recently issued amended guidance regarding the wearing of facemasks for vaccinated individuals, the Department of State has not yet published guidance concerning a return to increased in-person capacity in its offices. Nor has the Department stated when it anticipates moving out of Phase One of its reopening plan.

Since the last status report, and in accordance with the agreed schedule, the Department issued productions on April 20, 2021 and May 18, 2021. The total number of pages processed for those productions was 823 and 915, respectively. The Department anticipates making its next production on or before June 15, 2021.

The parties will file their next Joint Status Report on or before July 6, 2021.

Dated: May 20, 2021                                                                Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Michael Drezner*
Michael Drezner
Trial Attorney (Virginia Bar No. 83836)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:   (202) 514-4505
Fax:   (202) 616-8470
Email: Michael.L.Drezner@usdoj.gov

*Counsel for Defendant*

/s/ *Jeffrey L. Light*
JEFFREY L. LIGHT
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey@lawofficeofjeffreylight.com

RYAN S. JAMES
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX 76542
(254) 289-7459
RSJamesLaw@gmail.com

*Counsel for Plaintiff*