UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 1:14-cv-1760 (TSC) |

# JOINT STATUS REPORT

The parties, by undersigned counsel, respectfully submit this joint status report.

Since the last status report, and in accordance with the agreed schedule, the Department of State issued a production on January 17, 2023. The Department processed 258 records, totaling 2,046 pages, for this production. This rate of production satisfies the Department's commitment to review an average of 500 pages per month, and to make best efforts to review 700 pages per month. The Department anticipates making its next production on February 21, 2023.

The parties will file their next Joint Status Report on March 30, 2023.

Dated: February 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Michael Drezner*
Michael Drezner
Trial Attorney (Virginia Bar No. 83836)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:   (202) 514-4505

    Fax:   (202) 616-8470
    Email: Michael.L.Drezner@usdoj.gov

*Counsel for Defendant*

JEFFREY L. LIGHT
D.C. Bar #485360
Law Office of Jeffrey L. Light
1629 K St., NW
Suite 300
Washington, DC 20006
202-277-6213
Jeffrey@lawofficeofjeffreylight.com

/s/ *Ryan S. James*
RYAN S. JAMES
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX 76542
(202) 669-3146
RSJamesLaw@gmail.com

*Counsel for Plaintiff*