UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:14-cv-1760 (TSC) |
| DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

The parties, by undersigned counsel, respectfully submit this joint status report.

Since the last status report, the Department of State issued a production on April 19, 2023.[1] For the April production, the Department processed 199 records, totaling 518 pages. This rate of production satisfies the Department's commitment to review an average of 500 pages per month, and to make best efforts to review 700 pages per month. The Department anticipates making its next production on May 16, 2023.

The parties will file their next Joint Status Report on June 29, 2023.


Dated: May 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Michael Drezner*
Michael Drezner
Trial Attorney (Virginia Bar No. 83836)

---

[1] This production was intended to be sent on April 18, but was inadvertently not sent until the following day, April 19.

1

United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 514-4505
Fax:    (202) 616-8470
Email: Michael.L.Drezner@usdoj.gov

*Counsel for Defendant*

JEFFREY L. LIGHT
D.C. Bar #485360
Law Office of Jeffrey L. Light
1629 K St., NW
Suite 300
Washington, DC 20006
202-277-6213
Jeffrey@lawofficeofjeffreylight.com

/s/ *Ryan S. James*
RYAN S. JAMES
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX 76542
(202) 669-3146
RSJamesLaw@gmail.com

*Counsel for Plaintiff*